UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY POWELL,

        Plaintiff,                        Civil Action No.
                                             10-CV-10503

vs.

                                             HON. MARK A. GOLDSMITH

DETROIT MEDICAL CENTER,

        Defendant.
_____/

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE#23], (2) OVERRULING PLAINTIFF'S OBJECTIONS, and (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE#21]**

       This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Virginia M. Morgan, issued on February 17, 2011. The Magistrate Judge recommends that Defendant's motion for summary judgment be granted. Plaintiff has filed timely objections to the R&R. The Court reviews de novo those portions of the R&R to which a specific objection has been made. Fed. R. Civ. P. 72(b). Having done so, the Court concludes that Magistrate Judge Morgan correctly analyzed the issues presented and reached the proper result for the proper reasons. While the Court is sympathetic to hardship endured by Plaintiff, her claims are not viable for the reasons stated by the Magistrate Judge.

       Accordingly, it is ORDERED as follows:

       (1) The Magistrate Judge's R&R [DE#23] is accepted and adopted as the findings and conclusions of the Court;

       (2) Plaintiff's objections to the R&R are overruled;

(3) Defendant's motion for summary judgment [DE#21] is granted.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

Dated: March 16, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 16, 2011.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager

Pursuant to FRCivP 77(d)
A copy has been mailed to:

Tracy Powell
12805 LaSalle
Detroit, MI 48238

s/Deborah J. Goltz
Deputy Court Clerk

2